UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SARA A. UMHOLTZ, individually )
and MELVA HUSTON, Administratrix )
of the Estate of Bradley D. Umhlotz, )
Deceased, )
       Plaintiffs, )    Case 2:05-cv-2324
 )
v. )
 )
GAINEY TRANSPORT, INC., )
and PACCAR INC. d/b/a/ )
 KENWORTH TRUCK COMPANY, )
 )
       Defendants. )

## ANSWER OF PACCAR INC.

Comes now PACCAR INC., by and through counsel, for its Answer and states and alleges:

### ALLEGATIONS COMMON TO ALL COUNTS

### PARTIES

1. Defendant is without sufficient information to admit or deny paragraph 1 and, therefore, denies same.

2. Defendant is without sufficient information to admit or deny paragraph 2 and, therefore, denies same.

3. Defendant is without sufficient information to admit or deny paragraph 3 and, therefore, denies same.

4. Defendant is without sufficient information to admit or deny paragraph 4 and, therefore, denies same.

5. Defendant is without sufficient information to admit or deny paragraph 5 and, therefore, denies same.

6. Defendant is without sufficient information to admit or deny paragraph 6 and, therefore, denies same.

7. Defendant is without sufficient information to admit or deny paragraph 7 and, therefore, denies same.

8. Defendant is without sufficient information to admit or deny paragraph 8 and, therefore, denies same.

9. Defendant admits paragraph 9.

10. Defendant denies paragraph 10.

11. Defendant is without sufficient information to admit or deny paragraph 11 and, therefore, denies same.

12. Defendant is without sufficient information to admit or deny paragraph 12 and, therefore, denies same.

13. Defendant is without sufficient information to admit or deny paragraph 13 and, therefore, denies same.

14. Defendant is without sufficient information to admit or deny paragraph 14 and, therefore, denies same.

15. Defendant is without sufficient information to admit or deny paragraph 15 and, therefore, denies same.

**VENUE AND JURISDICTION**

16. Defendant denies paragraph 16.

17. Defendant is without sufficient information to admit or deny paragraph 17 and, therefore, denies same.

18. Defendant is without sufficient information to admit or deny paragraph 18 and, therefore, denies same.

19. Defendant denies paragraph 19.

## COUNT I

### NEGLIGENT ENTRUSTMENT AND NEGLIGENT SUPERVISION – DEFENDANT GAINEY TRANSPORT, INC.

Count I does not purport to state a cause of action against Paccar Inc. and no Answer is required to paragraphs 20 through 26.  However, to the extent an Answer might be deemed to be required, defendant is without sufficient information to admit or deny paragraphs 20 through 26 and, therefore, denies same.

## COUNT II

### NEGLIGENCE; NEGLIGENT SUPERVISION – GAINEY TRANSPORT, INC.

Count II does not purport to state a cause of action against Paccar Inc. and no Answer is required to paragraphs 27 through 28.  However, to the extent an Answer might be deemed to be required, defendant is without sufficient information to admit or deny paragraphs 27 through 28 and, therefore, denies same.

## COUNT III

## NEGLIGENCE AND STRICT LIABILITY
### DEFENDANT PACCAR, INC., d/b/a/ KENTWORTH TRUCK COMPANY

20. Defendant is without sufficient information to admit or deny paragraph 29 and, therefore, denies same.

21. Defendant denies paragraph 30 and each subpart thereof.

22. Defendant denies paragraph 31.

23. Defendant denies paragraph 32.

24. Defendant denies paragraph 33.

25. Defendant denies paragraph 34.

26. Defendant denies paragraph 35.

## COUNT IV

### NEGLIGENCE – PACCAR, INC.

27. Defendant denies paragraph 36 an each subpart thereof.

28. Defendant denies paragraph 37.

29. Defendant denies paragraph 38.

30. Defendant denies paragraph 39.

31. Defendant denies paragraph 40.

32. Defendant denies paragraph 41.

## COUNT V

### BREACH OF WARRANTY EXPRESS/IMPLIED
### PACCAR INC.

33. Defendant denies paragraph 42.

34. Defendant denies paragraph 43.

35. Defendant denies paragraph 44.

36. Defendant denies paragraph 45.

37. Defendant denies paragraph 46.

38. Defendant denies paragraph 47.

39. Defendant denies paragraph 48.

40. Defendant denies paragraph 49.

41. Defendant denies paragraph 50.

42. Defendant denies paragraph 51.

43. Defendant denies paragraph 52.

44. Defendant denies paragraph 53.

## AFFIRMATIVE DEFENSES

52. Service of process and summons was improper, in that the summons was defective as a matter of law, so the Court lacks jurisdiction over the person of defendant.

53. Plaintiffs' claims are barred by the statute of limitations.

54. Plaintiffs' claims are barred and/or reduced pursuant to KSA 60-258a based on the negligence of plaintiff's decedent, which negligence must be compared.

55. Plaintiffs' damages, if any, are limited by KSA 60-1903 and 60-19a02.

56. Plaintiffs' claims are barred by KSA Sections 60-3301, 3302, 3304, 3305, and 3306.

57. Plaintiffs' claim for alleged breach of warranty are barred for failure to give notice, due to lack of privity, and because the alleged damages and remedies were excluded and or limited pursuant to the Uniform Commercial Code.

58. Plaintiffs' state law claims are preempted by federal law.

59. Plaintiffs' damages, if any, were caused by the fault of others, whose fault should be measured and determined by the finders of fact.

60. The Complaint, and each Count thereof, fails to state a cause of action and fails to state a claim upon which relief may be granted.

61. Defendant reserves the right to amend its Answer based on future discovery.

WHEREFORE, having fully answered, defendant prays to be dismissed with its costs.

**SHERMAN, TAFF & BANGERT, P.C.**

_____/s/ E. Wayne Taff_____
By:   E. Wayne Taff USDC #70588
        Suite 2890, City Center Square
        1100 Main Street
        P. O. Box 26530
        Kansas City, Missouri 64196
        816-410-6519
        816-471-6642 Fax
        ewt@stb-law.com
ATTORNEYS FOR DEFENDANT
PACCAR INC.

## **CERTIFICATE OF SERVICE**

An original and three copies of the foregoing were mailed, postage prepaid, this 28th day of July, 2005 to:

Sara Umholtz
1199 E. Santa Fe, #248
Gardner, Kansas 66030

Melva Huston
5771 Richards Circle
Shawnee, Kansas

K. Christopher Jayaram
Suite 500
2600 Grand Boulevard
Kansas City, Missouri 64108
Attorney for Gainey Transport, Inc.

          _____/s/ E. Wayne Taff_____
             Attorney for Defendant